**Dismissed and Memorandum Opinion filed September 19, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00398-CV

## EX PARTE C.L.M.

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 71356**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 16, 2013. The clerk's record was filed June 17, 2013. No reporter's record or brief was filed.

On August 1, 2013, this court issued an order stating that unless appellant submitted a brief on or before September 2, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and Donovan.